UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVENSON PAINT & SUPPLY CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-03889-SSC<br><br>JUDGMENT |

  Pursuant to the Court's order granting Plaintiff's application for default judgment, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Colton Bryant and against Defendant Stevenson Paint & Supply Corporation.  Defendant is ordered to provide, at the property located at 22608 Avalon Blvd., Carson, California, a parking space in compliance with the Americans with Disabilities Act.

///

///

///

1       Defendant is further ordered to pay to Plaintiff $6,770, comprising
2 $4,000 in statutory damages, $2,180 in attorney's fees, and $590 in
3 costs.

5 DATED: August 25, 2025

                         HONORABLE STEPHANIE S. CHRISTENSEN
                            UNITED STATES MAGISTRATE JUDGE